1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11   DEREK BURTON,                          Case No.:  24-cv-1302-MMA (JLB)
     CDCR #AI-5407,
12                                          **ORDER GRANTING MOTION FOR
                               Plaintiff,   EXTENSION OF TIME TO AMEND**
13
                   vs.                      [Doc. No. 6]
14
     McVAY, Warden, et al.,
15
                               Defendants.
16

17

18

19        Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil

20   rights action pursuant to 42 U.S.C. § 1983.  On August 11, 2024, the Court dismissed the

21   complaint for failure to state a claim and granted Plaintiff leave to amend on or before

22   September 27, 2024.  (Doc. No. 5.)  Plaintiff has now filed a Motion seeking a 30-day

23   extension of time to amend.  (Doc. No. 6.)

24        The Court **GRANTS** Plaintiff's Motion and **EXTENDS** the time to amend to

25   October 28, 2024.  Plaintiff is reminded that his amended complaint must be complete by

26   itself without reference to any previous version of his complaint.  Any Defendants not re-

27   named and any claims not re-alleged in the amended complaint will be considered

28   waived.  *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co.,*

1

1  *Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the

2  original."); *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that

3  claims dismissed with leave to amend which are not re-alleged in an amended pleading

4  may be "considered waived if not repled.")

5       **IT IS SO ORDERED**.

6  Dated: September 10, 2024

7

8                                          _____
   HON. MICHAEL M. ANELLO

9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24-cv-1302-MMA (JLB)