

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEREK BURTON, CDCR #AI-5407, | | Case No.: 24-cv-1302-MMA (JLB) |
| | Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO AMEND** |
| vs. | | |
| MCVAY, Warden, et al., | | [Doc. No. 8] |
| | Defendants. | |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2024, the Court dismissed the complaint for failure to state a claim and granted Plaintiff leave to amend on or before September 27, 2024. Doc. No. 5. On September 10, 2024, the Court granted Plaintiff's motion for a 30-day extension of time to amend until October 28, 2024. Doc. No. 7. Plaintiff has now filed a second Motion seeking another 30-day extension of time to amend. Doc. No. 8.

The Court **GRANTS** Plaintiff's Motion and **EXTENDS** the time to amend to November 28, 2024. Plaintiff is reminded that his amended complaint must be complete by itself without reference to any previous version of his complaint. Any Defendants not

re-named and any claims not re-alleged in the amended complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.")

**IT IS SO ORDERED**.

Dated: October 29, 2024

_____
HON. MICHAEL M. ANELLO
United States District Judge